**FILED**
December 18, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MAIKA BLUE TAGALU, )<br>)<br>Defendant. ) | Case No. MAG. 08-0435-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MAIKA BLUE TAGALU, Case No. MAG. 08-0435-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

  _X_   Unsecured Appearance Bond ($50,000)

  _X_   Appearance Bond with Surety ($50,000)

  _X_   (Other) Conditions as stated on the record.

  _X_   (Other) Secured bond paperwork to be filed within 3 weeks from 12/18/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/18/08 at 3:12pm

By _____
Edmund F. Brennan
United States Magistrate Judge